IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
MAY 02 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22MJ5141 |
| Plaintiff, | |
| vs. | MAGISTRATE JUDGE DARRELL A. CLAY |
| AMANDA HOVANEC | WAIVER OF DETENTION HEARING AND ORDER OF DETENTION |
| Defendant. | |

AMANDA HOVANEC, the above named defendant, accused of having violated 21:841, 21:846, 21:952, advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142(e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel

_____ 5/2/2022
DARRELL A. CLAY
U.S. MAGISTRATE JUDGE