AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio ▢

**FILED**

MAY 04 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

United States of America

Amanda Hovanec

)
)
)
)
)
)

Case No.   3:22MJ5141

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Amanda Hovanec                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ☑ Complaint
❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:
  See Attached Affidavit

Date:     05/02/2022

*Issuing officer's signature*

City and state:     Toledo, Ohio

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5/2/22 , and the person was arrested on *(date)*  5/2/22 at *(city and state)*  Wapakoneta, OH . |

Date:   5/2/22

*Arresting officer's signature*

Matthew   Crossman   DUSM
*Printed name and title*