05/04/22
KEN:car
22-981-3200

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Case No. 3:22-CR-5141-DAC-1 |
| | * | |
| Plaintiff, | * | Magistrate Darrell A. Clay |
| | * | |
| | * | <u>APPEARANCE OF COUNSEL</u> |
| vs. | * | |
| | * | Kenneth R. Bailey (0090042) |
| | * | Ken@Bailey.pro |
| | * | BAILEY LEGAL GROUP |
| AMANDA L. HOVANEC, | * | 220 West Market Street |
| | * | Sandusky, Ohio 44870 |
| Defendant. | * | 419-625-6740 |

Now comes KENNETH R. BAILEY, an Attorney licensed to practice law in the State of Ohio and the United States District Court, Northern District of Ohio, and hereby enters his Appearance as Counsel of Record for the Accused in the above-captioned matter.

Respectfully submitted,

**BAILEY LEGAL GROUP**

_(signature)_
Kenneth R. Bailey
Attorney for Accused, Amanda L. Hovanec



05/04/22
KEN:car
22-981-3200

## CERTIFICATION

I hereby certify that a true copy of the foregoing was served on:

Michael Freeman, Assistant U.S. Attorney
Alissa Sterling, Assistant U.S. Attorney
OFFICE OF THE U.S. ATTORNEY
Four Seagate, Suite 308
Toledo, Ohio 43604

by the Court's Electronic Filing System on the 5th day of May 2021.

_____
Kenneth R. Bailey
Attorney for Accused, Amanda L. Hovanec



BAILEY LEGAL GROUP
220 WEST MARKET ST.
SANDUSKY, OH 44870
419-625-6740

2