AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
MAY 06 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 3:22mj5141 |
| Amanda Hovanec | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: May 6, 2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

KENNETH R. BAILEY (0090042)
*Printed name and bar number of defendant's attorney*