# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITES STATES OF AMERICA**,

    Plaintiff,

-vs-

**AMANDA HOVANEC**,

    Defendant.

Case No. 22 CR 274

JUDGE KNEPP

**ENTRY OF APPEARANCE**

David Klucas (0041188)
1900 Monroe Street
Toledo, Ohio 43604
PH: (419)255-1102
FX: (419)255-1415
Email: Davek@buckeye-access.com

    Now comes Attorney David Klucas, who enters his appearance as additional counsel of record for Amanda Hovanec.

Respectfully Submitted,

/s/ David Klucas
David Klucas
Attorney for Defendant Amanda Hovanec

**Certification**

      This shall certify that a copy of the forgoing was sent this 7th day of June, 2022 to all counsel of record via the Court's Electronic Filing and Notification System.

                                              /s/ David Klucas  
                                              David Klucas