# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITES STATES OF AMERICA,**　　　　　　　CASE NO.: 3:22-cr-00274-JRK

　　　Plaintiff,

　　　v.　　　　　　　　　　　　　　　　　JUDGE JAMES R. KNEPP II

**AMANDA HOVANEC, et al.,**

　　　Defendants.　　　　　　　　　　　　**TRIAL ORDER**

This case is scheduled for jury trial as to Defendants Amanda Hovanec, Anthony Theodorou, and Anita Green commencing on **October 11, 2023 at 9:00 A.M in Courtroom 204 before Judge James R. Knepp II.** Counsel may call Chambers (419-213-5570) with questions concerning trial protocol or procedures.

### WITNESS DISCLOSURE

1. Counsel shall disclose all witnesses they reasonably anticipate may testify at trial **no later than August 11, 2023**. Any witness not disclosed may be prohibited from testifying at trial.

### STIPULATION

2. Counsel shall consult with each other and submit a proposed Joint Statement of the Case (to be read to the jury at the beginning of the trial) which should include a brief statement of the facts, stipulations, and contested issues. The Joint Statement may note any disagreements and offer alternate language as appropriate. The Joint Statement shall be filed no later than **August 11, 2023.**

**MOTIONS IN LIMINE**

3. Motions *in limine*, if any, shall be filed no later than **August 11, 2023**. Parties may oppose any such motions *in limine* within seven days after they are filed, but the Court will not permit replies.

**VOIR DIRE**

4. Any proposed changes to the standard Juror Questionnaire shall be submitted to the Court by **August 18, 2023.** Counsel shall provide this Court with any proposed *voir dire* questions by **August 11, 2023**. The Court will conduct the *voir dire* examination and may supplement same with brief examination by counsel.

**JURY INSTRUCTIONS**

5. Counsel shall consult with each other and file joint proposed jury instructions **no later than August 11, 2023**, noting those areas where the parties disagree and offering alternate language as appropriate.

**EXHIBITS**

6. In addition to submitting exhibits in electronic format (see JERS Order), counsel shall exchange exhibits with each other, and bring to court, one backup hard copy set of all exhibits for use at trial. Do not file exhibits with the Clerk of Courts. Counsel shall also file a "List of Exhibits" consistent with the JERS CD. See JERS Order and deadline of **September 27, 2023**.

7. Exhibits must be marked before trial with numbers, irrespective of which party is producing the exhibit. No duplicates are allowed. Sequence of numbers is not important.

8. Counsel are required to utilize electronic presentation of evidence during trial and should contact the Courtroom Deputy to determine the need for training in the use of courtroom equipment.

9. In the event counsel intends to utilize video technology, such as a Power Point presentation in opening statement, counsel must provide, both to opposing counsel and to the Court, its presentation on compact disc no later than **one week prior to trial**.

10. If counsel have any special needs regarding demonstrative evidence, *i.e.* compatibility of video equipment, they must contact the Courtroom Deputy to make arrangements at least **one week prior to trial.**

### Notice to Court Reporter

11. To facilitate the creation of an accurate Realtime record, counsel shall provide a "Notice to Court Reporter" **no later than September 27, 2023** containing:

    • Proper names, including those of witnesses;

    • Acronyms;

    • Geographic locations;

    • Technical (*e.g.*, medical) terms, names or jargon.

The Notice to Court Reporter need **not** be filed but shall be provided in person or via e-mail to Knepp_Chambers@ohnd.uscourts.gov.

The In-Person Final Pretrial Conference will be held on the record on **September 12, 2023 at 11:00 A.M** in Courtroom 204 before Judge James R. Knepp II.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE