IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:22CR274 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP, II |
| | ) | |
| v. | ) | |
| | ) | |
| AMANDA HOVANEC, et al., | ) | NOTICE OF APPEARANCE AND |
| | ) | SUBSTITUTION OF COUNSEL |
| Defendants. | ) | |

Now comes the United States of America, by and through its attorneys, Rebecca C. Lutzko, United States Attorney, and Michelle M. Baeppler, Assistant United States Attorney, and hereby enters her appearance as co-counsel of record for the government in the within action, and respectfully requests this Court that she be substituted for, and in place of, Michael Freeman, Assistant United States Attorney, for all further proceedings and notices in the within action, as co-counsel for the United States of America. Alissa M. Sterling, Assistant United States Attorney, will remain as lead counsel in the within action, for the United States of America

                                                        Respectfully submitted,

                                                        REBECCA C. LUTZKO
                                                        United States Attorney

By:  /s/ Michelle M. Baeppler
       Michelle M. Baeppler (OH: 0065378)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3995
       (216) 522-8354 (facsimile)
       Michelle.Baeppler@usdoj.gov