# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:22-CR-274 |
| Plaintiff, | JUDGE KNEPP |
| -vs- | **MOTION TO VACATE TRIAL DATE** |
| | David Klucas (0041188) |
| | 1900 Monroe Street |
| **AMANDA HOVANEC,** | Toledo, Ohio 43604 |
| | PH: (419) 255-1102 |
| Defendant. | FX: (419) 255-1415 |
| | Email: Davek@buckeye-access.com |
| | |
| | Kenneth Bailey (0090042) |
| | Bailey Legal Group, LLC |
| | 220 West Market Street |
| | Sandusky, Ohio 44870 |
| | PH: (419) 625-6740 |
| | FX: (419) 625-2021 |
| | Email: ken@bailey.pro |
| | Attorneys for Defendant Amanda Hovanec |

Now comes Defendant Amanda Hovanec, through counsel, who respectfully requests an Order from this Court vacating the trial date of 11 October 2023, and resetting the matter for trial on a later date. As grounds for this motion, Ms. Hovanec says one of her counsel, Attorney David Klucas, is scheduled for trial in a series of murder trials beginning with *State of Ohio v. Adam Links*, Lucas County Court of Common Pleas Case No. CR22-2610, on 21 August 2023; *State of Ohio v. Andres Pecina*, Lucas County Court of Common Pleas Case No. CR22-2784, on

17 September 2023; and a three day Post Conviction hearing in a death penalty case, *State of Ohio v. Calvin Neyland,* Wood County Court of Common Pleas Case No. 07 CR 359, on 27 September 2023. Neither Ms. Hovanec or Attorney Klucas believe he will be adequately prepared to render effective assistance to her in a trial in early October.

The Government does not oppose this motion.

Respectfully Submitted,

/s/ David Klucas
David Klucas
Attorney for Defendant Amanda Hovanec

**Certification**

This shall certify that a copy of the forgoing was sent this 26th day of July, 2023 to Assistant United States Prosecutor, via the Court's Electronic Notification and Filing System.

/s/ David Klucas
David Klucas