# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITES STATES OF AMERICA,**　　　　　　　　　CASE NO.: 3:22-cr-00274-JRK

　　　Plaintiff,

　　　v.　　　　　　　　　　　　　　　　　　　　JUDGE JAMES R. KNEPP II

**AMANDA HOVANEC, et al.,**

　　　Defendants.　　　　　　　　　　　　　　**TRIAL ORDER**

This case is scheduled for jury trial as to Defendants Amanda Hovanec, Anthony Theodorou, and Anita Green commencing on **January 8, 2024** at **9:00 A.M in Courtroom 204 before Judge James R. Knepp II.** Counsel may call Chambers (419-213-5570) with questions concerning trial protocol or procedures.

## WITNESS DISCLOSURE

1. Counsel shall file under seal a list of proposed witnesses on or before seven (7) calendar days before trial. The witness lists shall provide a brief description of each witness and the purpose of witness's testimony. Any objections to a proposed witness shall be similarly filed no later than three (3) business days before the trial date. Such objections shall include a brief statement as to why the proposed witness should not be permitted, as well as specific citations to pertinent case law or other legal authority.

**STIPULATION**

2. Counsel shall consult with each other and submit a proposed Joint Statement of the Case (to be read to the jury at the beginning of the trial) which should include a brief statement of the facts, stipulations, and contested issues. The Joint Statement may note any disagreements and offer alternate language as appropriate. The Joint Statement shall be filed no later than **December 1, 2023.**

**MOTIONS IN LIMINE**

3. Motions *in limine*, if any, shall be filed no later than **December 1, 2023**. Parties may oppose any such motions *in limine* within seven days after they are filed, but the Court will not permit replies.

**VOIR DIRE**

4. Any proposed changes to the standard Juror Questionnaire shall be submitted to the Court by **December 1, 2023.** Counsel shall provide this Court with any proposed *voir dire* questions by **December 1, 2023**. The Court will conduct the *voir dire* examination and may supplement same with brief examination by counsel.

**JURY INSTRUCTIONS**

5. Counsel shall consult with each other and file joint proposed jury instructions **no later than December 1, 2023**, noting those areas where the parties disagree and offering alternate language as appropriate.

**EXHIBITS**

6. In addition to submitting exhibits in electronic format (see JERS Order), counsel shall exchange exhibits with each other, and bring to court, one backup hard copy set of all exhibits for use at trial. Do not file exhibits with the Clerk of Courts. Counsel shall also file a "List of Exhibits" consistent with the JERS CD. See JERS Order and deadline of **December 26, 2023**.

7. Exhibits must be marked before trial with numbers, irrespective of which party is producing the exhibit. No duplicates are allowed. Sequence of numbers is not important.

8. Counsel are required to utilize electronic presentation of evidence during trial and should contact the Courtroom Deputy to determine the need for training in the use of courtroom equipment.

9. In the event counsel intends to utilize video technology, such as a Power Point presentation in opening statement, counsel must provide, both to opposing counsel and to the Court, its presentation on compact disc no later than **one week prior to trial**.

10. If counsel have any special needs regarding demonstrative evidence, *i.e.* compatibility of video equipment, they must contact the Courtroom Deputy to make arrangements at least **one week prior to trial.**

**Notice to Court Reporter**

11. To facilitate the creation of an accurate Realtime record, counsel shall provide a "Notice to Court Reporter" **no later than December 26, 2023** containing:

    • Proper names, including those of witnesses;

    • Acronyms;

    • Geographic locations;

    • Technical (*e.g.*, medical) terms, names or jargon.

The Notice to Court Reporter need **not** be filed but shall be provided in person or via e-mail to Knepp_Chambers@ohnd.uscourts.gov.

The In-Person Final Pretrial Conference will be held on the record on **December 14, 2023 at 12:00 P.M.** in Courtroom 204 before Judge James R. Knepp II.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE