**Cynthia L. Morris-Kukoski**
**Page 1 of 12**
**October 31, 2023**
**CURRICULUM VITAE**

# Dr. Cynthia L. Morris-Kukoski, PharmD, DABAT, FAACT

Federal Bureau of Investigation



Office: (703) 632-7838; Fax: (703) 632-7411

## PROFESSIONAL EXPERIENCE

**Forensic Examiner Chemist (Toxicology)**
May 2004 - present          FBI Laboratory - Chemistry Unit

> Duties include examination of evidence submitted to the FBI Chemistry Unit in criminal investigations in the area of toxicology and chemical identification. Responsible for inventorying evidence, using chemical extraction principles to isolate drugs and poisons from biological samples and food matrices, analyzing prepared extracts using analytical instrumentation, interpreting results of analyses, and providing interpretations of results in the form of written reports and oral testimony. Chemistry Unit Drug Procurement Program Manager (FY2011 – present) and Chemistry Unit Proficiency Testing Program Representative (FY2013 – present).

**United States Navy (Reserve) LCDR MSC USNR**
May 2004 - Sep 2018      Critical Care Clinical Pharmacist / Clinical Toxicologist

> OHSU Portsmouth (c/a): Dec 2016-Sep 2018; OHSU San Diego: Dec 2015-Nov 2016
> AOIC (Dec 2017 – Sep 2018); Fitrep Coordinator (2013- 2018).
> OHSU Portsmouth Detachment S/T/U: Apr 2005-Sep 2018
> Naval Medical Center Portsmouth - Detachment S: Apr 2005 –Sep 2018
> Navy Marine Corps Reserve Center (Little Creek, VA): Jan 2005 – Apr 2005
> Inactive Ready Reserve: May 2004 – Jan 2005

**United States Navy (Active Duty): LT MSC USNR**
Jul 1998 – Apr 2004      Biochemist/Toxicologist: Operations Officer, Assistant Technical Director
> Navy Drug Screening Lab Great Lakes Dec 2001- Apr 2004

> Critical Care Clinical Pharmacist / Clinical Toxicologist – Clinical Division Officer
> Naval Medical Center Portsmouth: Nov 1998- Nov 2001

> Officer Candidate School: MSC USNR
> Naval Station Newport RI: Sep 1998 - Nov 1998

CONTINUED PROFESSIONAL EXPERIENCE (prior to 1998 non-detailed, detailed upon request):

**Registered Pharmacist** (11/97-9/98) *Highland Pharmacy Waterbury CT*
**Consulting Staff Toxicologist** Emergency Medicine Dept (4/95-9/98) *Hartford Hospital Hartford, CT*
**Registered Pharmacist** (1/95-11/97) *Baggish Apothecary West Hartford & Avon, CT*
**Critical Care Clinical Pharmacist** Pharmacy Department (5/92-3/95) *Hartford Hospital Hartford, CT*
**Certified Poison Information Specialist** CT Poison Control Center (10/91-5/92) *UCONN Farmington, CT*
**Registered Pharmacist** (8/91-5/92) *Walgreen's Pharmacy Brookfield, CT*
**Certified Poison Info Specialist** MA Poison Control System (10/89-6/91) *Children's Hospital Boston, MA*

**Cynthia L. Morris-Kukoski**
**Page 2 of 12**
**October 31, 2023**
**CURRICULUM VITAE**

## EDUCATION

**Massachusetts College of Pharmacy**
1989-1991        Boston, Massachusetts
                 Doctor of Pharmacy

**Hennepin County Medical Center / Hennepin Regional Poison Center**
1988 - 1989      Minneapolis, MN
                 Pharmacy Resident – Clinical Toxicology

**Massachusetts College of Pharmacy**
1983-1988        Boston, Massachusetts
                 Bachelor of Science Degree in Pharmacy

## AWARDS AND HONORS

**American Board of Applied Toxicology  Exceptional Service Award**  -  September 2019 (North American Academy of Clinical Toxicology Meeting in Nashville TN)

**FBI Laboratory Annual Customer Service Award 2015 –** September 2015 (Benzodiazepine, Zolpidem, Ketamine Hair Method)

**FBI Laboratory Annual Award of Excellence 2014 –** September 2014 (Cocaine Hair Research and Publication)

**FBI Laboratory Chemistry Unit On the Spot Award:** Feb 2020 (Acting TL 4/19 – 11/19),April 2018 (Navajo Nation case load), April 2017 (ABFT inspection), April 2016 (expedite case), May 2014 (Cocaine Hair Research Project), February 2013 (Proficiency testing program), May 2012 (Moot court assistance CBRNSU), April 2012 (Expedited case), December 2011 (Expedited intelligence matter), August 2011 (Method validation working group), July 2010 (Development/Validation metals analysis), April 2010 (Validation zolpidem hair analysis), April 2009 (Development/Validation salvia analysis), June 2009 (Munchausen-by-proxy case), December 2007 (Validation PGF2a analysis)

**FBI Laboratory Chemistry Unit Time Off Award:** Feb 2020 (2019 overseas US death cases).June 2017 (expedite case), Sept 2006 (Validation cocaine hair analysis)

**Fellow American Academy of Clinical Toxicology –** September 2011

**Navy and Marine Corps Commendation Medal(s)** – 15 March 2004, 10 June 2002
**Navy and Marine Corps Achievement Medal (s)** – 10 January 2004, 15 March 2001
**Air Force Achievement Medal** – 7 August 2003
**Meritorious Unit Commendation** – August 2000
**Rho Chi National Honor Society** - Doctor of Pharmacy Program
**Upjohn Clinical Pharmacy Research Award** - Doctor of Pharmacy Program

## BOARD CERTIFICATION

1996     Diplomate American Board of Applied Toxicology (DABAT) (re-credentialed every 5 years - present)
1994     Credentialed ABAT Candidate (1994 – 1995)
1991     Registered Pharmacist State of Connecticut #7673 (1991 - 2020)
1988     Registered Pharmacist State of Massachusetts #20504 (renewed - present)

## PROFESSIONAL AFFILIATION

Society of Forensic Toxicology (2006 – present)
The International Association of Forensic Toxicologists (2006-present)
American Academy of Clinical Toxicology (1991- present)

**Cynthia L. Morris-Kukoski**
**Page 3 of 12**
**October 31, 2023**
**CURRICULUM VITAE**

Chicago Chromatography Discussion Group (2001-2004)
American Association of Poison Control Centers (1989-2001)
American Society of Hospital Pharmacists (1987-1991)


## ACADEMIC APPOINTMENTS

| | |
|---|---|
| **Adjunct Faculty** | Hampton University School of Pharmacy (2001) |
| **Clinical Preceptor** | Idaho State Non-traditional PharmD Program (2001) |
| **Assistant Professor** | Medical College of Virginia School of Pharmacy (1998-2001) |
| **Guest Speaker** | Old Dominion University: Physical Therapy Program (1998-2001) |

**Adjunct Clinical Assistant Professor** Quinnipiac College Physicians Assistant Program (1996-1998)

| | |
|---|---|
| **Adjunct Faculty** | Quinnipiac College Physicians Assistant Program (1994-1996) |
| **Adjunct Faculty** | Quinnipiac College Diagnostic Imaging Program (Spring 1994) |
| **Assistant Professor** | University of Connecticut School of Pharmacy (1992- Fall 1994) |

**ASHP Pharmacy Resident Clinical Preceptor:** MICU (1994), Emergency Medicine (1993), SICU (1992)

| | |
|---|---|
| **Guest Speaker** | APRN degree program HH (1993-1994) |
| **Guest Speaker** | Tufts School of Dental Medicine (1990-1991, 1993-1994) |
| **Guest Speaker** | Simmons Graduate Nursing Program (1990-1991, 1993-1994) |
| **Associate Professor** | University of Minnesota School of Pharmacy (1988-1989) |


## COMMITTEE APPOINTMENTS:

US Pharmacopeia
2013 – 2015      Intentional Adulteration of Dietary Supplements with Drugs Expert Panel

American Academy of Clinical Toxicology:
2014 – 2018      ABAT Advisory Committee
2008 – 2014      ABAT Past President (2012-2014), ABAT President (2010-2012), ABAT President Elect (2008-2010)
2002 – 2014      ABAT Board of Directors
2000 – 2016 AACT Forensic (Medico-legal) Special Interest Group

FDA Advisory Board Meeting (Temporary Voting Member):
2010 Opiates REM (7/22-7/23/10), Sodium Oxybate (8/20/10), Dextromethorphan (9/14/10),
Abuse deterrent program SR opiate products (10/21-10/22/10)


## PROFESSIONAL TRAINING:

| | |
|---|---|
| 2023 | ACMT Virtual Chemical Agents of Opportunity for Terrorism (Aug 30) |
| 2023 | Orbitrap ID-X Thermo Fisher Scientific Course (Sep 12-14) |
| 2023 | CFSRE Webinar (5 part series): The Intersection of Forensic Toxicology and Forensic Pathology Relating to Emerging Topics in Drug Death Certification (Apr 26, May 2, May 16, May 24, Jun 14) |
| 2022 | Law: Can anything be done to make a century-old drug more affordable. UCONN Online CE Program (Dec 29) |
| 2022 | ACMT Virtual Total Tox Course (Nov 4, 11, and 18) |
| 2021 | NAACT Meeting  - Virtual (Oct 16 - 18) |
| 2021 | ACMT Pre-symposium - Virtual (Oct 14) |
| 2021 | Law: State and Federal Actions in Disasters: Who's on First UCONN Online CE Program (Dec 30) |
| 2021 | Law: When a Crisis Meets a Crisis: Has the Pandemic Affected Drug Overdose Deaths UCONN Online CE Program (Dec 29) |
| 2020 | ACMT Covid 19 Web Series |
| 2020 | NAACT Meeting - Virtual (Sep 12-14) |

**Cynthia L. Morris-Kukoski**
**Page 4 of 12**
**October 31, 2023**
**CURRICULUM VITAE**

| | |
|---|---|
| 2020 | The Science of Wellbeing Yale University Coursera Course |
| 2019 | Law: Prescription for Murder UCONN Online CE Program (Dec 31) |
| 2019 | The Mediterranean Diet Effects on Health. UCONN Online CE Program (Dec 31) |
| 2019 | NAACT Meeting in Nashville, TN (Sept 23-27) |
| 2018 | Law: Marijuana's Expanding Legality, Pot's Precarious Position. UCONN Online CE Program (Dec 26) |
| 2018 | NAACT Meeting in Chicago, ILL (Oct 15-29) |
| 2018 | SOFT Meeting in Boca Raton, FLA (Jan 7-11; rescheduled 2017 meeting Sept 9-14) |
| 2017 | NAACT Meeting in Vancouver Canada (Oct 11-15) |
| 2016 | NAACT Meeting in Boston, MA (Sept 12-16) |
| 2015 | NAACT Meeting in San Francisco, CA (Oct 8-12) |
| 2014 | SOFT Meeting in Grand Rapids, MI (Oct 22 – 24) |
| 2014 | NACCT Meeting in New Orleans, LA (Oct 17-21) |
| 2014 | ICP-MS Training by Thermo Fisher Scientific for the FBI Laboratory, Feb 4-6 (Quantico, VA) |
| 2013 | NAACT Meeting in Atlanta, Georgia (Sept 25 – Oct 2) |
| 2013 | APHL Webinar on Acetyl Fentanyl (July 17) |
| 2013 | FBI Brown Bag Seminar on Alcohol Blackout by Dr. Aaron White for the FBI Laboratory, June 27 (Quantico, VA) |
| 2013 | Legal Training for Chemists by Atty. Paula Wulff for the FBI Laboratory, Jan 15 (Quantico, VA) |
| 2013 | Acquity UPLC Training Class by Waters for the FBI Laboratory, Jul 29 – Aug 1 (Quantico, VA) |
| 2012 | NACCT Meeting in Las Vegas, NV (Oct 1 - 6) |
| 2012 | SOFT Meeting in Boston, MA (July 3- 6) |
| 2011 | NACCT Meeting in Washington DC (September 21-26) |
| 2011 | ACMT-SOFT Seminars in Forensic Tox. Stimulant Spring Conference, May9-10 (Arlington, VA) |
| 2010 | SOFT Meeting in Richmond VA (Oct 18 and Oct 20) |
| 2010 | NACCT Meeting in Denver Colorado (Oct 6-12) |
| 2010 | CDC Amanita and OP methods for the FBI Laboratory, 9/17/10 (Quantico, VA) |
| 2010 | LC-ICP-MS Arsenic by Perkin Elmer for FBI Laboratory Chemistry Unit, 7/20-7/22/10 (Quantico, VA) |
| 2010 | Resources for Staff Management, 06/09/10 (FBI ERF Quantico, VA) |
| 2010 | Hair Testing, Psychemedics, 2/22-2/25 (Los Angeles, CA) |
| 2009 | ICP/MS Training, Perkin Elmer, 12/15-17 (Quantico, VA) |
| 2009 | SOFT Meeting in Oklahoma City OK (Oct 19-23) |
| 2009 | NAACT Meeting in San Antonio TX (Sept 21-26) |
| 2009 | Thermo Finnigan LTQ Training for FBI Laboratory Chemistry Unit (Quantico, VA) |
| 2009 | Postmortem Decomp Lecture from the FBI Research Unit (Quantico, VA) |
| 2009 | Thermo Orbitrap Training for FBI Laboratory Chemistry Unit (Quantico, VA) |
| 2009 | Agilent GC/MS with deconvolution training for FBI Laboratory Chemistry Unit (Quantico, VA) |
| 2008 | NACCT Meeting in Toronto Ontario Canada (Sept 11-16) |
| 2007 | NACCT Meeting in New Orleans, LA (Oct 20-24) |
| 2007 | SOFT Meeting in Raleigh-Durham, NC (Oct 15-19) |
| 2007 | American Academy of Forensic Sciences 59th Annual Meeting in San Antonio, TX (Feb 16-24) |
| 2007 | *Liquid Chromatography-Mass Spectrometry Primer*. Applied Biosystems. AAFS (San Antonio, TX) |
| 2006 | NAACT Meeting in San Francisco CA (Oct 4-9) |
| 2006 | DoD Training CBRNE Training Course (Navy Knowledge Online) |
| 2006 | FBI Training: WMD, QA Systems, TEDAC, Uncertainty, Legal.  FBI (Quantico, VA) |
| 2005 | NACCT Meeting in Orlando Florida (Sept 9-14) |
| 2005 | SOFT Meeting in Nashville, Tennessee (Oct 17-21) |
| 2005 | *HPLC Operation and Troubleshooting*.  Waters Corporation (Quantico, VA) |
| 2004 | NACCT Meeting in Seattle Washington (Sept 9-14) |
| 2004 | SOFT, TIAFT Meeting in Washington, DC (Aug 28-Sep3) |
| 2004 | *Basic Q-TOF Theory and Operation*.  Waters Corporation (Quantico, VA) |
| 2004 | *Infrared Spectrometry for Trace Analysis.*  FBI Academy (Quantico, VA) |
| 2004 | *Basic Principles of Pharmacology and Forensic Toxicology*, *Poisons & Poisoners*.  FBI Chemistry Unit (Quantico, VA) |
| 2004 | *GCT Training*.  Waters Corporation (Quantico, VA) |
| 2004 | *Advanced Mass Spectrometry Theory and Interpretation*.  FBI Symposium (Washington D.C.) |
| 2004 | *Poisons & Poisoners – What a Toxicologist Needs to Know*.  FBI Symposium (Washington D.C.) |
| 2004 | *Trace Analysis Seminar*.  Waters Corporation (Triangle, VA) |

**Cynthia L. Morris-Kukoski**
**Page 5 of 12**
**October 31, 2023**
**CURRICULUM VITAE**

2004    *ECL Training.*  Bioveris (Quantico, VA)
2003    NACCT Meeting in Chicago, Illinois (Sept 4-9)
2003    SOFT Meeting in Portland, Oregon (Oct 20-24)
2003    *GC: Fundamentals, Troubleshooting, and Methods Development (lecture-lab course).* American Chemical Society (Axion Analytical Lab Chicago, IL)
2003    *Fundamentals and Interpretation of KIMS, CEDIA, and DRI Immunoassay Kits on Hitachi Analyzer.*  Roche Diagnostics.  (Navy Drug Screening Laboratory Great Lakes, IL)
2002    NACCT Meeting in Palm Springs, California (Sept 24-29)
2002    *Hazardous Waste Generators/Handlers Course.*  ALMC/CECOS (Great Lakes, IL)
2002    *Introductory Course in Gas Chromatography (lecture-lab course).*  Chicago Chromatography Discussion Group (Roosevelt University Schaumburg, IL)
2001    NACCT Meeting in Montreal Quebec Canada (Oct 4-9)
2001    *ACMT Pre-meeting Symposium:  The Cutting Edge of Clinical Toxicology.* ACCT Annual Meeting (Montreal Canada)
2001    *Expert Witness Symposium.*  NEHC/NDSL/NLSO (Navy Environmental Health Center Norfolk, VA)
1999    *AACT Pre-meeting Symposium:  Forensic Toxicology.*  AACT Annual Meeting (LaJolla, CA)
1999    *AACT Pre-meeting Symposium:  Environmental Toxicology: Metals & Fires*. AACT Annual Meeting (LaJolla, CA)
1997    *ACMT Pre-meeting Symposium: Alternative Medicines in Toxicology.* AACT Annual Meeting (St Louis, MO)

(Continuing Education and Other Professional Training prior to 2001 meetings available upon request.)


PRESENTATIONS

2019    "Forensic Tox Issues Related to Drug Facilitated Sexual Assault" at ACMT Seminar in Forensic
            Toxicology Winter Conference

2018    "Drug Facilitated Crimes in the 21[st] Century: Case Studies" at SOFT Annual Meeting, Workshop W#11.
            "Forensic Toxicology Applications at the FBI Laboratory; In the Cross Hairs with Forensic Toxicology and
            Hair Analysis" at SOFT Annual Meeting, Workshop W#10

2014    "Utility of a Cocaine Extended Wash Kinetics Calculation on Extensively Washed Drug Chemists' Hair" at
            SOFT Annual Meeting
        "The Major Significance of Minor Cocaine Metabolites (Aryl Hydroxycocaine) in Cocaine Users' Hair at
            SOFT Annual Meeting

2012    "Drug Facilitated Sexual Assault" for Indian Health Services, Nashville, TN
        "Drug Facilitated Sexual Assault" for Indian Health Services, Albuquerque, NM

2011    "Pharmacokinetics, Pharmacodynamics, and Analytical Detection of Synthetic Congeners" ABAT
            Symposium AACT Annual Meeting
        "FBI Laboratory and Complicated Forensics" at ACMT Pre-meeting Symposium, AACT Annual Meeting
        "Pharmacokinetics of Amphetamines and Analogs" for ACMT-SOFT Seminars in Forensic Toxicology
            Stimulant Spring Conference
        "Analytical Techniques for Stimulant Detection" for ACMT-SOFT Seminars in Forensic Toxicology Stimulant
            Spring Conference

2010    "Drug Facilitated Sexual Assault" for 22nd Annual John R Teggatz Forensic Science Seminar
        "Drug Facilitated Sexual Assault Benzodiazepine and Hypnotics (Z-drugs) – DFSA Applications and
            interpretations workshop 5" for SOFT Annual Meeting
        "When the drug and poison information is the forensic evidence" for EAD Louise E Grever monthly FBI
            Laboratory briefings
        "FBI Laboratory" for FBI Citizens Academy Minneapolis Section
        "DFSA Forensic Toxicology Lectures" for Ohio State Attorney's Office of Crime Victims Assistance and
            Prevention Program (three four-hour seminars)

Cynthia L. Morris-Kukoski
Page 6 of 12
October 31, 2023
CURRICULUM VITAE

2009    "What are the differences between clinical and forensic toxicology. How are we dealing with both" for
                IADTM 2009 Annual Meeting Montreal Canada, Clinical/Forensic Workshop
        "WMD Symposium – What do you mean I have the evidence" for NAACR Annual Meeting WMD
                Symposium
        "A Primer on Antemortem and Postmortem Fentanyl" for NAACT Annual Meeting Forensic Symposium
        "Forensic Toxicology" for Drexel University College of Medicine

2008    "Medico-legal Interpretation of Ethanol" for NAACT Annual Meeting Forensic Symposium
        "DFSA" lecture for Maryland Coalition
        "Forensic Toxicology" for AFIP Spring Conference at Annapolis MD
        ""Mass Spectrometry and Forensic Toxicology" for FBIAcademy Mass Spectrometry 2008 School

2007    "Forensic Chemistry and Toxicology" for Virginia Beach Honors Chemistry Students at the FBI Academy
                December 2007
        "GHB and Analogs - Workshop #5: Toxicological Analysis of Drug-Facilitated Crimes for Dummies ... And
                Smarties, Too" for SOFT Annual Meeting
        "Mass Spectrometry and Forensic Toxicology" for FBIAcademy Mass Spectrometry 2007 School
        "DFSA Forensic Toxicology Lecture" for NEHC/DoD SART Course Spring 2007
        "Forensic Toxicology" for West Virginia University Chemistry Department, Graduate School.
        "Gamma Hydroxybutyrate (GHB) and Analogs." American Academy of Forensic Science Annual Meeting
                February 16-24, 2007San Antonio TX Workshop #24 Finding the Needle in the Haystack:
                Improving the Toxicology Investigation of Drug Facilitated Sexual Assault and Other Crimes.

2006    "Sexual Assault, Drug Facilitated Sexual Assault "for Navy Marine Corps General Military Training (NMCP
                Det T/U).
        "Interpretation of drug screens – what do the results really mean" AACT/CAPCC/IAPCC International
                Annual Meeting Oct 4-9 San Francisco CA.
        "Medico-legal use of hair analysis for drug facilitated sexual assault cases" AACT/CAPCC/IAPCC
                International Annual Meeting Oct 4-9 San Francisco CA.
        "Drug Facilitated Sexual Assault and Forensic Drug Testing" Judge Advocate General School
                Charlottesville VA.
        "Drug and Alcohol Abuse" for Navy Marine Corps General Military Training (NMCP Det T/U).

2005    Abstract #P13: "Ethanol Analysis from Biological Samples by Dual Arm Robotic Sampler" Society of
                Forensic Toxicology Annual Meeting Oct 17-21, 2005 Nashville TN.
        Navy Marine Corps General Military Training (NMRC Little Creek) – Drug and Alcohol Abuse

2004    NDSL Confirmation Dept Educational Series (2002-2004)
        NDSL Administration Dept Educational Series (2002-2004)

2002    "Treating Victims from Weapons of Mass Destruction" for Illinois Council of Health-System Pharmacists
                2002 Midyear Meeting, Urbana IL

2001    "General management of the poisoned patient and Clinical Toxicokinetics" for Naval Medical
                Center Portsmouth (NMCP) ICU Residents/Interns Lecture Series
        "Designer Drugs in the Military: A Focus on Ecstasy" for Combined Forces Pharmacy Convention
                2001, Orlando Florida
        "Drugs of Abuse: A walk thru the streets" for Addiction Rehabilitation Services Department, Naval
                Operation Base Norfolk
         "AACT ABAT Symposium: The Relationship of Toxicological Mechanisms to Clinical Effects"
                Moderator for NACCT 2001 Annual Meeting, Montreal Canada
         "AACT Adversarial Positions in Medico-legal Toxicology" for AACT Forensic Toxicology Interest
                Group Educational Series, North American Congress of Clinical Toxicology (NACCT) 2001 Annual
                Meeting, Montreal Canada
        "Cardio-pulmonary rehabilitation: pharmacology" for Cardiac Rehab Patients
        "DAPA Ecstasy and other Drugs of Abuse Briefing" for:
                Boone Branch Medical Clinic Personnel, Amphib Base

Cynthia L. Morris-Kukoski
Page 7 of 12
October 31, 2023
CURRICULUM VITAE

      Yorktown Branch Medical Clinic Personnel, Naval Weapons Station
      Northwest Branch Medical Clinic Personnel, Naval Security Group
      Schoolhouse Students, Naval School of Health Sciences
      Staff Education and Training Department, Naval Medical Center Portsmouth
      Addiction Rehabilitation Services Department, Naval Operation Base Norfolk
      Security Department, Naval Medical Center Portsmouth
      Command Hospital Staff, Naval Medical Center Portsmouth
      Surgical Nurses and Hospital Corpsman, Naval Medical Center Portsmouth

      "Drugs of Abuse: A Focus on Ecstasy" for Internal Medicine Noon Conference, NMCP
      "Ecstasy and other Drugs of Abuse Briefing" for Pharmacy Department Technicians, NMCP
      "Forensic Toxicology: Drugs of Abuse" for Judge Advocate General Appellate Defense Field
            Update: Current Issues in Urinalysis Cases, NLSO Southeast, Jacksonville Florida

2000    "General management of the poisoned patient" for:
      NMCP ICU Residents/Interns Lecture Series
      NMCP Critical Care Nursing Program
      NMCP Pediatric Intensive Care Unit Staff
      "Clinical Pharmacokinetics/Toxicokinetics" for NMCP ICU Residents/Interns Lecture Series
      "Cardio-pulmonary rehabilitation: pharmacology" for Cardiac Rehab Patients
      "Alcohol withdrawal: assessment, use of CIWA scale, and treatment" for Critical Care Nursing Staff
      Abstract #181: "Insulin "euglycemia" therapy for accidental nifedipine overdose" for North
            American Congress of Clinical Toxicology Annual Meeting, Sept.13-18, 2000, Tucson, Az.
      "Ocular effects of drug abuse" for NMCP Emergency Medicine Department
      "Forensic Toxicology: Drugs of Abuse" for Judge Advocate General Prosecutor's at Norfolk Navy
            Legal Service Office
      "Clinical Pharmacokinetics/Toxicokinetics" for NMCP ICU Residents/Interns Lecture Series
      "Treatment of methanol overdose" for NMCP Pediatric Morning Report
      "Role of high dose insulin, D50 for calcium channel blocker overdose" for NMCP Pediatric Morning Report.
      "Anti-arrhythmic series: lidocaine" for NMCP Critical Care Nurses & Corpsmen

1999    "Clinical Pharmacokinetics" for NMCP ICU Residents/Interns Lecture Series
      "General management of the poisoned patient" for NMCP ICU Residents/Interns Lecture Series
      "Tricyclic antidepressant overdose" for NMCP Emergency Medicine Department

1997    "Current toxicological antidotes" for Connecticut Society of Hospital Pharmacists (CSHP) Continuing Education
         Program

1995    "Acute toxicologic emergencies - a focus on tricyclic antidepressants, methanol, ethylene glycol, and salicylate
         toxicity" for CSHP Continuing Education Program
      "Drug analysis and forensic toxicology" (guest lecturer for Prof. T. Palmbach) for CJ 215: Intro to Forensic
         Science at the University of New Haven

1994    "Pharmacology of drugs used during advanced cardiac life support" for Hartford Hospital (HH) Advanced
         Cardiac Life Support Providers
      "Controversies of salicylate overdoses - review of a case fatality" for the Connecticut State Poison Center
         Advisory Board
      "General Management of the poisoned patient" for CSHP 'Catch the Wave Symposium'
      "Acetaminophen overdoses" for HH MICU M&M's
      "Salicylate overdoses" for HH MICU M&M's
      "Tegretol pharmacokinetics" for HH Decentralized Pharmacist lecture series
      "Treatment of alcohol withdrawal" for HH MICU M&M's
      "4-aminopyridine toxicity" for Hartford Toxicology Rounds
      "Imipenem induced seizures" for HH Decentralized Pharmacist lecture series
      "The role of sedatives and narcotics" for the HH Department of Radiology
      "Use of phenytoin in alcohol withdrawal seizures" for Pharm.D. journal club
      "Tricyclic antidepressant overdoses" for HH MICU M&M's

"Heparin reversal with protamine; review of protamine, labs tests (PTT,ACT,TT), heparin adverse effects" for HH MICU M&M's

"Phenothiazine: Qt dispersion and torsades de pointe" for HH Decentralized Pharmacist lecture series

"Review of neuromuscular blocking agents (atracurium, vecuronium, pancuronium)" for HH Decentralized Pharmacist lecture series

"Current MICU question's: interpretation of anion gap / osmolar gap, ethylene glycol and methanol toxicity, the role of ethanol drips in ethylene glycol and methanol toxicity" for HH MICU RN's

"Interpretation of anion gap, osmolar gap; ethylene glycol and methanol toxicity" for HH MICU M&M's

"The role of ethanol drips in ethylene glycol and methanol toxicity" for HH Decentralized Pharmacist lecture series

"Ethylene glycol toxicity" for HH Toxicology rounds

1993    "Acute and chronic acetaminophen toxicity - a review of n-acetylcysteine guidelines" for HH Decentralized Pharmacist lecture series

"Malignant hyperthermia vs. neuroleptic malignant syndrome" for HH MICU M&M's

"Withdrawal symptoms and treatment from drugs of abuse (opiates, benzodiazepines, and sedative-hypnotics)" for HH Decentralized Pharmacist lecture series

"Treatment of mushroom poisoning" for HH MICU M&M's

"Treatment of naltrexone overdose after chronic heroin abuse" for HH Toxicology rounds

"Tetanus: a review of its pathophysiology and treatment" for HH MICU housestaff

"Naltrexone overdose after chronic heroin abuse" for HH MICU M&M's

"Clinical Toxicology" for Quinnipiac College Medical Laboratory Technicians Pharmacology course

"Naltrexone overdose after chronic heroin abuse" for HH Decentralized Pharmacist lecture series

"Beta blocker overdose and the role of glucagon" for HH MICU M&M's

"A review of warfarin and the coumadin protocol" for HH Cardiology Nursing

"Treatment of the tetanus patient" for HH Decentralized Pharmacist lecture series

"Glucagon use, dosing, and admixture" for HH Decentralized Pharmacist lecture series

"Pentobarbital coma" for HH Neurosurgical ICU Nurses

"Buprenex inservice" for HH MICU Nurses

"A review of cyanide toxicity (a case of a renal failure patient treated concomitantly with sodium nitroprusside and sodium thiosulfate)" for SICU Grand Rounds

"Theophylline toxicity, acute vs chronic" for HH Decentralized Pharmacist lecture series

"Acetaminophen toxicity and treatment; general decontamination of the toxic patient" for HH Decentralized Pharmacist lecture series

"Drug induced thrombocytopenia" for HH Decentralized Pharmacist lecture series

"Drug fever" for HH Decentralized Pharmacist lecture series

"Digoxin toxicity and the use of digibind" for HH MICU M & M's

"Clozaril" for HH Decentralized Pharmacist lecture series

"Sedation and agitation" for HH SICU Grand Rounds

"Pentobarbital coma and toxicity" for HH Decentralized Pharmacist lecture series

"Sodium nitroprusside therapy and stress ulcer prophylaxis" for HH SICU Housestaff

"CHF / cardiovascular drugs and pressors" for HH CCN training lecture

"Clinical toxicology" for HH APRN Pharmacology Course

"Review of neuromuscular blocking agents" for HH MICU M & M's

1992    "Is there a role for alprostadil in acetaminophen overdose; 2 patients (MICU,SICU) reviewed" for HH Toxicology Rounds

"Tricyclic antidepressant overdose treatment / management" for HH MICU M & M's

"A Case of pediatric asthma and the new physician (focus on theophylline use and acute/chronic toxicity)" for Continuing Professional Pharmacy Education CE Conference

"Use of sodium thiosulfate in sodium nitroprusside therapy" for HH SICU Housestaff

"Zoloft overdose" for HH Toxicology Rounds

"Reversal of dilaudid and versed with narcan and flumazenil" for HH MICU M & M's

"History & role of poison centers in the U.S., focus on CT poison center" for HH Tox Rounds

"Treatment of the unknown toxic patient" for HH MICU Housestaff

"Sedation/agitation & the role of neuromuscular blockers" for HH MICU Housestaff

"A Study: on the feasibility of solid n-acetylcysteine dosage form for the treatment of acetaminophen toxicity" for HH Toxicology Rounds

"Compliance and side effects of n-Acetylcysteine therapy" for Children's Hospital Emergency Physicians and Mass Poison Control System Consultants

1991    "N-Acetylcysteine research update" for Zambon Laboratories
"Clinical toxicology review" for Simmons Nursing School, Graduate Nursing Students
"Clinical toxicology & toxicologic emergencies" for Tufts Dental School, 2nd yr dental students

1989    "Phenothiazine / monoamine oxidase inhibitors" for Clinical Toxicology (Phar 5-306) University of Minnesota PharmD students
"General management of the toxic patient" for Hennepin County EMS training course (repeated lecture)
"Drugs of Abuse" for Hennepin County EMS training course (repeated lecture)
"Ocular findings of drug abuse" for Hennepin County Emergency Medicine Educational Conference

1988    "General management of the toxic patient" for Hennepin County EMS training course (repeated lecture)
"Drugs of Abuse" for Hennepin County EMS training course (repeated lecture)
"General treatment and toxicity of drugs of abuse" for Emergency Medical Services/Paramedics/Airport Fire Department
"Drug overview - medications that the foster parent frequently encounters (anticonvulsants, stimulants, antidepressants, antipsychotics)" for the Foster Care Center of Minnesota

1987    "Measuring the perception and knowledge of the elderly concerning appropriate use of generic drugs" Poster session for American Society of Hospital Pharmacists (ASHP) 22nd Annual Midyear Clinical Meeting, Atlanta, GA, December 1987

## PUBLICATIONS

Gorman S, Morris-Kukoski CL (ABAT editors) Rx Prep 2017 Toxicology & Antidotes Chapter

Gorman S, Morris-Kukoski CL (ABAT editors) Rx Prep 2016 Toxicology & Antidotes Chapter

Gorman S, Morris-Kukoski CL (ABAT editors) Rx Prep 2015 Toxicology & Antidotes Chapter

Morris-Kukoski CL, Montgomery MA, Hammer RL: Analysis of Extensively Washed Hair from Cocaine Users and Drug Chemists to Establish New Reporting Criteria. JAT 2014; 38(9): 628 – 636.

Morris-Kukoski CL, Montgomery MA, Hammer RL: Utility of a Cocaine Extended Wash Kinetics Calculation on Extensively Washed Drug Chemists' Hair" at SOFT Annual Meeting Oct 22-24, 2014 Grand Rapids MI Abstract #S42

Morris-Kukoski CL, Montgomery MA, Hammer RL: "The Major Significance of Minor Cocaine Metabolites (Aryl Hydroxycocaine) in Cocaine Users' Hair at SOFT Annual Meeting Oct 22-24, 2014 Grand Rapids MI Abstract #S43

Morris-Kukoski CL, Jagerdeo EJ: Hair Analysis for Zolpidem by Liquid Chromatography/Tandem Mass Spectrometry. Society of Forensic Toxicology (SOFT) – Annual Meeting Jul 3 – 6, 2012 Boston MA Abstract #P54.

Morris-Kukoski CL, Schaff J: Drug-Facilitated Sexual Assault Drug Metabolites the need for production and identification. Society of Forensic Toxicology (SOFT) – Annual Meeting Jul 3 – 6, 2012 Boston MA Abstract #P55.

Morris-Kukoski CL, Schaff J, Reda LJ Benzodiazepines and metabolites from biological fluids by liquid chromatography electrospray tandem mass spectrometry.  Text book chapter 4 in LC-MS in Drug Analysis: Methods and Protocols, Humana Press 2012

**Cynthia L. Morris-Kukoski**
**Page 10 of 12**
**October 31, 2023**
**CURRICULUM VITAE**

(Editor for) Barceleaux Donald G, Palmer Robert B: Marijuana and the Hemp Plant Text book chapter in Medical Toxicology of Drug Abuse, John Wiley & Sons, Inc..

Montgomery MA, Morris-Kukoski CL, LeBeau MA, Schaff J: The Uncertainty in segmental analysis of hair for cocaine and benzoylecgonine. Society of Forensic Toxicology (SOFT) Annual Meeting Oct18-22, 2010 Richmond VA Abstract # P43.

Montgomery MA, LeBeau MA, Morris-Kukoski CL, Schaff J:  Measurement uncertainty in quantitative segmental analysis of hair for amphetamine and methamphetamine. Society of Forensic Toxicology (SOFT) Annual Meeting Oct18-22, 2010 Richmond VA Abstract # S35.

LeBeau MA, Montgomery MA, Morris-Kukoski CL, Schaff J:  Measurement Uncertainty in quantitative segmental analysis of hair for cocaine and benzoylecgonine. TIAFT Annual Meeting August 29 – Sept 2, 2010 Bonn Germany Poster P-127

Montgomery MA, LeBeau MA, Morris-Kukoski CL, Schaff J Measurement uncertainty in quantitative segmental analysis of hair for amphetamine and methamphetamine. TIAFT Annual Meeting August 29 – Sept 2, 2010 Bonn Germany Presentation O-20

Wong SH, Happy C, Blinka D, Gock S, Jentzen JM, Donald JM, Coleman H, Jortani SA, Morris-Kukoski CL, Neuman M, Sander TL, Wagner MA, Wynn JR, Wu A: From Personalized Medicine to Personalized Justice – Assembling the Framework with Pharmacogenomics and Assessing its Applicability to the Justice System. Pharmacogenomic 2010:11(6):731-7.

Morris-Kukoski CL, Jagerdeo E, Schaff JE, LeBeau MA:  Ethanol analysis from biological samples by dual rail robotic autosampler.  J Chromatogr B Analyst Technol Biomed Life Sci 2007 May 1; 850(1-2):230-5. Epub 2007 Jan 16

LeBeau MA, Montgomery MA, Morris-Kukoski C, Schaff JE, Deakin A:  Further evidence of in vitro production of gamma-hydroxybutyrate (GHB) in urine samples.  Forensic Sci Int 2007 July 4; 169(2-3):152-6. Epub 2006 Oct 9.

LeBeau MA, Montgomery MA, Morris-Kukoski C, Schaff JE, Deakin A, Levin B:  A comprehensive study on the variations in urinary concentrations of endogenous gamma-hydroxybutyrate (GHB).  J Anal Toxicol, 2006; 30(2):98-105.

Schaff JE, Deakin A, Karas RP, LeBeau ML, Montgomery M, Morris-Kukoski CL:  The Investigation of Cases of Commercial Product Tampering.  Society of Forensic Toxicology (SOFT) Annual Meeting Oct 3-7, 2006Austin TX Abstract # P58.

Jamerson MH, Welton RW, Morris-Kukoski CL, Klette KL:  Rapid Quantification of Urinary 11-nor-Δ9-Tetrahydrocannabinol-9-Carboxylic Acid using Fast Gas Chromatography JAT 2005; 29(7):664-668.

Klette KL, Jamerson MH, Morris-Kukoski CL, Kettle AR, Snyder JJ:  Rapid Simultaneous Determination of Amphetamine, Methamphetamine, 3,4-Methylenedioxyamphetamine, 3,4-Methylenedioxymethamphetamine, and 3,4-Methylenedioxyethylamphetamine in Urine by Fast Gas Chromatography - Mass Spectrometry. JAT 2005; 29(7):669-674.

LeBeau MA, Montgomery MA, Morris-Kukoski CL, Schaff JE, Deakin A:  Variations in Urinary Concentrations of Endogenous Gamma-Hydroxybutyrate (GHB) TIAFT 2005 Abstract for National Institute of Scientific Investigation Symposium on Forensic Toxicology & the International Association of Forensic Toxicologists 43rd International Meeting, Aug 29 – Sep 2, 2005, Seoul Korea.

Schaff JE, Montgomery MA, Morris-Kukoski CL:  Validation of Commercial ELISA Immunoassay kits beyond manufacturer specifications. Society of Forensic Toxicology (SOFT) Annual Meeting Oct 17-21, 2005NashvilleTN Abstract # P11.

**Cynthia L. Morris-Kukoski**
**Page 11 of 12**
**October 31, 2023**
**CURRICULUM VITAE**

Morris-Kukoski CL, Jagerdeo E, Schaff JE, LeBeau MA:  Ethanol Analysis from Biological Samples by Dual Arm Robotic Sampler SOFT Annual Meeting Oct 17-21, 2005NashvilleTN Abstract # P13.

Jamerson MH, Welton RW, Morris-Kukoski CL, Klette KL:  Rapid Quantification of Urinary 11-nor-$\Delta$9-Tetrahydrocannabinol-9-Carboxylic Acid using Fast Gas Chromatography SOFT Annual Meeting Oct 17-21, 2005 Nashville TN Abstract #S15.

Klette KL, Jamerson MH, Morris-Kukoski CL, Kettle AR, Snyder JJ:  Rapid Simultaneous Determination of Amphetamine, Methamphetamine, 3,4-Methylenedioxyamphetamine, 3,4-Methylenedioxymethamphetamine, and 3,4-Methylenedioxyethylamphetamine in Urine by Fast Gas Chromatography - Mass Spectrometry SOFT Annual Meeting Oct 17-21, 2005NashvilleTN Abstract # S14.

Morris-Kukoski CL (Editorial Book Review) of "Riot Control Agents" for J Forensic Sci 2005; 50(3):750.

Biswas AK, Zabrocki LA, Morris-Kukoski CL:  Near-fatal asthma associated with elevated levels of s-albuterol. Critical Care Medicine 2004 Suppl Dec Abstract # 630 (out in Dec 2004).

Morris-Kukoski CL: Gamma-hydroxybutyrate (GHB): Bridging the clinical-analytical gap.  J. Toxicol. Rev. 2004; 23(1):33-43.

Biswas AK, Zabrocki L, Mays K, Morris-Kukoski CL: Cardiotoxicity associated with intentional ziprasidone and bupropion overdose.  J Toxicol-Clinical Toxicol 2003; 41(1):79-82 and 101-4.

Egland AG, Morris-Kukoski CL: Deadly in a single dose. Emedicine.com, pediatric/toxicology section (June 2001).

Betts LS, Muller J, Morris-Kukoski CL: Reproductive and Developmental Hazards in the Workplace: A Guide for Occupational Health Professionals (for BUMED).

Morris-Kukoski CL, Biswas AK, Parra M, Smith C: Insulin "Euglycemia" Therapy for Accidental Nifedipine Overdose.  J Toxicol-Clinical Toxicol 2000; 38(5): Abstract #181, 577.

Morris-Kukoski CL, Betts LS, Muller J: Chapter on "Poisoning, Drug Abuse, and Hazardous Material (hazmat) Exposure" in Navy Training Manual (Hospital Corpsman 3, 2, &1, revised 2000; NAVEDTRA 12583.

Dwyer M, Morris CL: Toxicity of Sodium Nitroprusside. Connecticut Medicine 1993; 57(7):489-92.

Dwyer M, Morris CL:  Use of sodium thiosulfate during sodium nitroprusside therapy. HH - Drug Information Update January-February 1993; 9(1).

(Editor for) Shader RI, Greenblatt DJ:  Acute interactions of Buprenorphine with IV cocaine and morphine:  an IND phase I safety evaluation.  J Clin Psychopharm 1993;

Bond GR, Krenzelok EP, Morris CL, et al:  The influence of time until emesis on the efficacy of decontamination using acetaminophen as a marker in a pediatric population. Ann Emerg Med 1993; 22(9):1403-7.

Bond GR, Krenzelok EP, Morris CL, et al:  Acetaminophen ingestion in childhood:  strategies to manage more cost effectively. Pediatrics - publication pending.

Morris CL:  Torsemide:  a new, potent, high ceiling loop diuretic.  Hospital Pharmacy 1992; 27(12):1167-1177.

Shannon M, Wernovsky G, Morris CL:  Exchange transfusion in the treatment of severe theophylline poisoning. Pediatrics January 1992; 89(1):145-147.

Shannon M, Wernovsky G, Morris CL:  Exchange transfusion in the treatment of severe theophylline poisoning (Abstract 11). Vet Human Toxicol 1991; 33(4):354.

**Cynthia L. Morris-Kukoski**
**Page 12 of 12**
**October 31, 2023**
**CURRICULUM VITAE**

Bond GR, Requda RK, Normann SA, Morris CL, et al:  Influence of time until emesis on the efficacy of decontamination using acetaminophen as a marker in a pediatric population (Abstract 26). Vet Human Toxicol 1989;31:336.

Morris CL: Deet toxicity: Topics Professional Education Bulletin, Hennepin Regional Poison Center - spring 1991.

Morris CL: Alluring peril:  Minnesota's toxic splendor. Topics Professional Education Bulletin, Hennepin Regional Poison Center, spring 1989; 3(2).

Morris CL:  Holiday hazards. Hennepin County Medical Center Newsletter.

Morris CL, Ling LJ:  State of the art poison centers in Minnesota.  Minnesota Medicine, 7(11), Nov 1988, 698-9,706.

Morris CL, Sullman S:  Levothyroxine therapy for thyroid nodules.  Yale New Haven Hospital - Drug Information Bulletin, 14 (30), Jul 24, 1987.

Morris CL, Sullman S:  New uses for cyclosporin: immunosuppressant therapy of myasthenia gravis.  Yale New Haven Hospital-Drug Information Bulletin, 14(32), Aug 7, 1987.

Morris CL:  Drug interactions:  succinylcholine and esmolol. Pharmacy Bulletin for Nurses - Yale New Haven Hospital 7(8), Aug 1987.


TESTIMONY (last 4 years only)
_____

State of Maryland v. Donald Mitchell Jr.
Hagerstown, MD 2022
Subject Matter: Drug Facilitated Crimes

US v. Michael Pepe
Los Angeles, CA 2021
Subject Matter: Drug Facilitated Crimes