IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**  CASE NO. 3:22-cr-274-JRK

    Plaintiff,

    v.  JUDGE JAMES R. KNEPP II

**AMANDA HOVANEC, et al.,**

    Defendants.  **JERS ORDER**

The Court uses technology to facilitate the viewing of exhibits by jurors (Jury Evidence Recording Systems / "JERS").  Counsel shall use the following procedures.

### SUBMISSION OF EXHIBITS IN ELECTRONIC FORMAT

Each party shall submit to Chambers all exhibits on a single storage device such as a CD, DVD, or USB drive no later than **April 1, 2024**.  Parties shall retain their original exhibits and shall submit only copies, including audio or visual exhibits.

### RENAMING OF EXHIBIT FILES

The Exhibit Files must be named using a naming convention as follows:

    <exhibit number>_<exhibit description>.<file extension

Examples of valid exhibit file names are set forth below:

    12_2009 Tax Statement.pdf
    13_2010 Tax Statement.pdf

Describing an exhibit with only a letter or number is invalid; sufficient detail must be provided to assist the jury in locating the exhibit.

If a Physical Exhibit will be used in trial, a PDF document with "Physical Exhibit" shall be submitted for use in JERS.  This document should be named as follows:

<Exhibit Number>_Physical Exhibit-<item description>.pdf
Example:  35_ Physical Exhibit-Red Sweatshirt.pdf

The exhibit **must** be named by number, followed by the "underscore" character, and the underscore character cannot be used elsewhere in the exhibit name.   All exhibits must include an exhibit description.

Compatible file types include:

- PDF
- JPG
- WM Video
- MP3
- WAV

For a list of all acceptable file extensions, please see our website at:
https://www.ohnd.uscourts.gov/jers

Counsel shall coordinate numbering of the exhibits (e.g., designate 1–99 for Plaintiff; 100– 199 for Defendant) to prevent overlap or duplicates.  Exhibits containing multiple images (such as photographs, charts or drawings) shall be marked individually with an exhibit number. Numbered subparts (e.g., 10-1 10-A) and composite exhibits are **not** permitted.

Prior to submitting exhibits, counsel are encouraged to contact David McKiddie at (419) 213-5529 or Jennifer Beaver at (419) 213-5570 with any questions about JERS procedures.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE