

Rebecca Jones  
Department of Justice  
Drug Enforcement Administration  
Office of Forensic Sciences

Senior Forensic Chemist  
Special Testing and Research Laboratory  
Dulles, VA

## AREA OF EXPERTISE

**Forensic Discipline**
>Seized Drug Analysis

**Expert Testimony**
>One previous occasion of testimony as expert witness.

## PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**

Senior Forensic Chemist, Special Testing and Research Laboratory, (Dulles, VA), 8/2003 – present

- Analyzed exhibits for the presence or absence of controlled substances, generate reports of findings, and provide expert testimony in the court of law when needed (2004-2012)
- Analyzed tablet exhibits to determine commercial or illicit origin as part of the Source Determination Program (SDP) (2004)
- Analyzed over 200 cocaine samples to determine trends in cocaine processing and geographical origin of the coca leaf as part of the Cocaine Signature Program (CSP) (2006 - 2007)
- Authenticated reference materials for Reference Materials Program (RMP) (2012-present)
- Provided assistance to Research Chemists in the synthesis and purification of reference materials
- Developed and maintained instrumental library used by DEA lab system
- Produce Drug Monographs for use in the international forensics community
- Follow evidence handling and sampling procedures and chain of custody procedures
- Instruments used and maintained: gas chromatography-flame ionization detection (GC/FID), gas chromatography-mass spectrometry (GC/MS), fourier transform infrared spectroscopy with attenuated total reflectance (FTIR/ATR), nuclear magnetic resonance (NMR),Differential Scanning Calorimetry (DSC), Thermogravimetric Analysis (TGA), Polarimeter
- Member of the following groups:
    >Instrument Committee (2010-present)
    >Quality Assurance Committee (2006-present)
- Ability to communicate scientific and technical information to individuals at all levels of Federal, state, and local capacities both verbally and in writing

*Training*

    2022 AAFS 74th Annual Scientific Conference
    2021 Understanding ISO 17034 for Reference Material Providers (MS130), A2LA, (Dulles, VA)
    2020 Organic Chemistry Refresher, Educator.com, (Dulles, VA)
    2018 Forensic Drug Screening by UHPLC
        NMR Strucural Elucidation training, DEA, (Dulles, VA)
    2017 DSC/TGA Maintenance Refresher and Method Development, Perkin-Elmer, (Dulles, VA)
    2016 Synthetics MS training, DEA, (Dulles, VA)
    2015 DSC/TGA Use, Maintenance and Troubleshooting, Perkin-Elmer, (Dulles, VA)
    2014 MassHunter training, Agilent, (Dulles, VA)
    2013 Emerging Trends in Synthetic Drugs Workshop, NIST, (Dulles, VA)
    2011 Method Development and Validation using HPLC, Waters, (Milford, MA)
    2010 Infrared Analysis of Controlled Substances, Spectros, (Dulles, VA)
        Tablet Technology, University of Tennessee, (Memphis, TN)
    2009 Tablet Punch Manufacturing, Elizabeth Carbide, (Keedysville, PA)
        Mass Spectral Interpretation, rMS Workshops LLC, (Dulles, VA)
    2008 Pharmaceutical Tablet Technology, Natoli Engineering, (St. Charles, MO)
    2007 IR Spectroscopy I, IR Courses Inc., (Bowdoin, ME)
    2006 GC/MS Troubleshooting and Maintenance, Agilent, (Alpharetta, GA)
    2005 Granulation, Tabletting and Capsule Technology, Center for Professional Advancement, (San Francisco, CA)
    2003 Basic Forensic Chemist Training, DEA, (Dulles, VA)
        Basic Forensic Science School #14, DEA, (Quantico, VA)

## EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

Providence College, (Providence, RI)

    B.S. Chemistry, 2002

**Certification(s)**

Clandestine Laboratory Certification Training 2003, re-certified annually, DEA, (Quantico, VA)

## PRESENTATIONS AND LECTURES

Co-Presenter at the 74th AAFS Annual Scientific Conference
• Presentation, "Project REMEDY: Providing Emerging Drug Data and Materials to the Community" 74th Annual scientific Conference, Seattle/Virtual 2022