**Jeffrey S. Hudson, M.D.**
Deputy Coroner / Lucas County Coroner's Office
Assistant Professor / University of Toledo College of Medicine
Contingent Physician / Wayne Health
2595 Arlington Ave.
Toledo, OH 43614
Phone: 419-213-3900
Email: hudpath@gmail.com

## Education and Training

### Education
| | |
|---|---|
| 08/1988-06/1992 | Bachelor of Science, Movement and Exercise Science, Chapman University, Orange, CA |
| 08/2001-06/2005 | MD, University of Toledo College of Medicine (formerly Medical College of Ohio), Toledo, OH |

### PostDoctoral Training
| | |
|---|---|
| 07/2005-11/2007 | Residency, Obstetrics and Gynecology, Kaiser Permanente-Los Angeles Medical Center, Los Angeles, CA |
| 01/2008-12/2011 | Residency, Anatomic Pathology/Clinical Pathology, University of Toledo Medical Center, Toledo, OH |
| 01/2012-06/2012 | Fellowship, Anatomic Pathology, University of Toledo Medical Center, Toledo, OH |
| 07/2012-06/2013 | Fellowship, Forensic Pathology, Wayne County Medical Examiner's Office, Detroit, MI |
| 07/2013-03/2014 | Fellowship, Forensic Pathology, University of Michigan, Ann Arbor, MI |
| 08/2013 | Training, Child Death Scene Investigation, Michigan Child Death Review Program, Novi, MI |

## Certification and Licensure

### Licensure
| | |
|---|---|
| 05/2012-present | State of Michigan, Medical License, #4301100422 |
| 06/2015-present | State of Ohio, Medical License, #35.091581 |

### Certification
| | |
|---|---|
| 07/2015 | Diplomat, American Board of Pathology - Anatomic Pathology |
| 09/2016 | Diplomat, American Board of Pathology - Forensic Pathology |

## Academic, Administrative, Clinical and Military Appointments

### Clinical Appointments

| | |
|---|---|
| 01/2001-06/2001 | Patient Transporter, Tenet Healthcare Systems, Western Medical Center, Orange, CA |
| 11/2007-12/2007 | Staff Physician, Obstetrics and Gynecology, Gardner Family Health Network, San Jose, CA |
| 09/2008 - 07/2010 | Staff Physician, St. George Urgent Care, Maumee, OH |
| 04/2014-09/2015 | Assistant Medical Examiner, Wayne County Medical Examiner's Office, Detroit, MI |
| 04/2014-09/2015 | Clinical Lecturer, University of Michigan, Department of Pathology, Ann Arbor, MI |
| 09/2015 -Present | Deputy Coroner, Lucas County Coroner's Office, Toledo, OH |
| 10/2015- Present | Assistant Professor, University of Toledo College of Medicine, Department of Pathology, Toledo, OH |
| 01/2016- 09/2022 | Adjunct Clinical Instructor, University of Michigan, Department of Pathology, Ann Arbor, MI |
| 01/2016- Present | Assistant Medical Examiner, Wayne County Medical Examiner's Office, Detroit, MI |
| 10/2022- Present | Contingent Pathologist, Wayne Health, Department of Pathology, Detroit, MI |

## Bibliography

### Peer-Reviewed Journals and Publications

1. **Hudson JS**, Irlam JH, Gohara A: Recurrent Blastomycotic Meningitis Following Cerebellar Resection in a Patient Without Risk Factors. Arch. Pathol. Lab. Med. 132(9): 1489, 2008.
2. **Hudson JS**, Flauta VS: Increased Incidence of Multi-drug Resistant *Acinetobacter baumannii complex* in a Midwestern US Teaching Hospital. Arch. Pathol. Lab. Med. 133(10): 1710, 2009.
3. Sung L, Kesha K, **Hudson J**, Root K, Hlavaty L:  Morphology of Modern Arrowhead Tips on Human Skin Analog: J.Forensic Sci. 2017 doi: 10.1111/1556-4029.13502

**Abstracts/Presentations**
1. **Hudson JS**, Gohara A: HIV-associated Nephropathy: Significant Microscopic Findings, platform presentation at 27th Annual Peter J. Goldblatt Scientific Day Program, May 2008.
2. **Hudson JS**, Flauta VS: Antibiotic Susceptibility Profile and Growth Characteristics of Wound-associated, Multi-drug Resistant *Acinetobacter baumannii* in a Midwestern US Teaching Hospital, platform presentation at 28th Annual Peter J. Goldblatt Scientific Day Program, May 2009.
3. **Hudson JS**, Gohara A: HIV-associated Nephropathy, platform presentation (finalist) at 16th Annual Donald Senhauser Resident Competition, May 2009.
4. **Hudson JS**, Gunning WT: An Evaluation of Unusual Cardiomyocyte Inclusions Observed in Six Cases of Cardiomyopathy, platform presentation (selected "Best Research Presentation by a Resident") at 29th Annual Peter J. Goldblatt Scientific Day Program, April 2010.
5. Patel AP, **Hudson JS**, Stein HM, Stein DT, Gunning WT: A Retrospective Evaluation of Children Who Have Suffered a Grade II or IV Intraventricular Hemorrhage and Their Parents for Platelet Dysfunction, poster at 52nd American Society of Hematology Annual Meeting, December 2010.
6. Patel AP, **Hudson JS**, Stein HM, Stein DT, Gunning WT: A Retrospective Evaluation of Children Who Have Suffered a Grade II or IV Intraventricular Hemorrhage and Their Parents for Platelet Dysfunction, platform presentation at 30th Annual Peter J. Goldblatt Scientific Day Program, May 2011.
7. **Hudson JS**, Muldrew KL, Lovett J, Gunning WT: Unusual Fibrillary Inclusions in Cardiac Tissue, platform presentation at 31st Annual Peter J. Goldblatt Scientific Day Program, May 2012.
8. **Hudson JS**: Investigation of Elder Deaths: Abuse and Neglect, platform presentation at Michigan Association of Medical Examiners, November 2012.
9. **Hudson JS**: Epidemiology of Homicide in Wayne County, Michigan, platform presentation at University of Michigan Advances in Forensic Medicine and Pathology Conference, May 2013.
10. **Hudson JS**: Unexpected Infant Death Following Discharge; Case Report: Prune Belly Syndrome, platform presentation at University of Michigan Advances in Forensic Medicine and Pathology Conference, May 2013.
11. **Hudson JS**, Schmidt CJ, Sung L, Polverento G: A Comparative Review of Sudden Unexpected Infant Deaths and Assessment of the Effectiveness of Education on Safe Sleep Awareness and Practices, platform presentation at National Association of Medical Examiner's Annual Meeting, October, 2013.
12. **Hudson JS**, Schmidt CJ, Sung L, Polverento G: Safe Sleep Awareness Education in Wayne County: Is it Working? Platform presentation at Michigan Association of Medical Examiners Fall Conference, October, 2013.
13. **Hudson JS**: Investigation of Elder Deaths: Abuse and Neglect. Course presenter.  Medical Legal Death Investigation Course, November 2013.

14. **Hudson JS**: Clinical vs. Autopsy Interpretation of Gunshot Wounds to the Head, platform presentation at University of Michigan Advances in Forensic Medicine and Pathology Conference, May 2014.
15. **Hudson JS**:  Deaths by Fire and Electrocution. Course presenter. Medical Legal Death Investigation Course, Wayne County Medical Examiner's Office. November 2014 and November 2015
16. Gupta A, Fisher-Hubbard AO, **Hudson JS**, Kesha K, Schmidt CJ:  Obstruction of Aqueduct of Sylvius Following Spontaneous Intra-Ventricular Hemorrhage and Meningitis in a premature Infant Leading to Hydrocephalus and Cystic Cerebellar Degeneration with Polymicrogyria: A Case Study with Review of Literature. Platform presentation. American Academy of Forensic Sciences 67th Annual Meeting, Orlando, FL. February 2015.