## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA**,                      CASE NO.:     3:22-CR-00274-JRK

      Plaintiff,

          v.                                          JUDGE JAMES R. KNEPP II

**AMANDA HOVANEC,**

      Defendant.                                  **SENTENCING SCHEDULING ORDER**


This matter is rescheduled for sentencing on October 1, 2024 at 9:00 AM in Courtroom 2B before Judge James R. Knepp II.  **Counsel is directed to appear at 8:45 AM.** Any related motions and/or memoranda shall be filed at least ten (10) days prior to sentencing. Defense counsel may refer to https://www.bop.gov/resources/publications.jsp for a list of programs available through the Bureau of Prisons in which Defendant may request participation.

| | |
|---|---|
| **Date of Plea or Verdict:** | **2/14/2024** |
| **Any revisions to the Proposed Presentence Report** shall be disclosed to counsel no later than: <br> *(not less than six (6) weeks prior to sentencing)* | **8/20/2024** |
| **Counsel's Written Objections or Notice of No Objections to the Presentence Report** shall be provided to the Probation Officer no later than: <br> *(two (2) weeks after disclosure of Proposed Presentence Report)* | **9/3/2024** |
| **Presentence Report** and any statement of unresolved objections shall be submitted to the Court and disclosed to counsel no later than: <br> *(two (2) weeks prior to sentencing)* | **9/17/2024** |
| **Counsel to file any sentence related motions and/or memoranda by:** <br> *(ten (10) days prior to sentencing)* | **9/23/2024** |
| **Judgment and Sentencing date:** <br> *(not less than fourteen (14) weeks from plea or verdict)* | **10/1/2024** |

SO ORDERED on  May 21, 2024.

                                   s/ *James R. Knepp II*
                                     UNITED STATES DISTRICT JUDGE