IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:22CR274 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP, II |
| | ) | |
| v. | ) | |
| | ) | |
| AMANDA HOVANEC, | ) | <u>NOTICE OF APPEARANCE</u> |
| ANTHONY THEODOROU, | ) | |
| ANITA GREEN, | ) | |
| | | |
| Defendants. | | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record and requests that all notices and entries sent by this Court also be sent to Joseph Z. Czerwien, Assistant U.S. Attorney, Financial Litigation Unit.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: <u>/s/ Joseph Z. Czerwien</u>
Joseph Z. Czerwien (OH: 0093720)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3600
(216) 522-4542 (facsimile)
Joseph.Czerwien@usdoj.gov