Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name  (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ███████ T███████ | ███████ | █████ 1985 | 04-24-2022 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 350 | 5-B. Nature of Action DEATH | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number      PD:930520  Position: S0000887 | 15. TO: Position Title and Number |
|---|---|
| TRAINING | |

| 8.Pay Plan | 9.Occ. Code | 10.Grade/Level | 11.Step/Rate | 12.Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade/Level | 19.Step/Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FP | 97076 | 02 | 04 | $131,473.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $99,957.00 | $31,516.00 | $131,473.00 | $0.00 | | | | |

| 14. Name and Location of Position's Organization      261105 | 22. Name and Location of Position's Organization |
|---|---|
| NATIONAL SECURITY UNIV TRN<br>UNIVERSITY TRAINING-STUDENT (LONG TERM)<br>FUNCTIONAL TRAINING - STUDENTS<br>FOREIGN SERVICE INSTITUTE | |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1<br>1 - None        3 - 10 Point/Disability    5 - 10 Point/Other<br>2 - 5 Point    4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | 1<br>0 - None      2 - Conditional<br>1 - Permanent  3 - Indefinite | 1 | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| P0   Basic + Option B (3x) + Option A | 9   9 - Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| P   P - FSPS and FICA | 07-21-2008 | F   Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2<br>1 - Competitive Service  3 - SES General<br>2 - Excepted Service    4 - SES Career Reserved | E   E - Exempt<br>N - Nonexempt | Object Code: 1111 | 8888 |

| 38. Duty Station Code | 39. Duty Station   (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DIST OF COLUMBIA |

| 40. DOG | 41. WGI Due | 42. Prim Skill | 43. HR Processor | 44. |
|---|---|---|---|---|
| 07-NOV-2021 | 06-NOV-2022 | 2550 | HRSODDLB | EMPLID 133900 |

45. Remarks
- 898 CHINQUAPIN RD. MCLEAN, VA. 22102

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | Electronically signed by: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | CAROL Z. PEREZ |
|---|---|---|---|
| ST00 | 2951 | 05-18-2022 | DIRECTOR GENERAL |

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ██████ | ██████ | ██ 1985 | 01-02-2022 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | GENERAL ADJUSTMENT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZLM | E.O. 14061 DTD 12/22/2021 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number          PD:930520  Position: S0000887
TRAINING
-

| 8.Pay Plan | 9.Occ. Code | 10.Grade/Level | 11.Step/Rate | 12.Total Salary | 13.Pay Basis |
|---|---|---|---|---|---|
| FP | 97076 | 02 | 04 | $127,616.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $97,805.00 | $29,811.00 | $127,616.00 | $0.00 |

14. Name and Location of Position's Organization          261105

NATIONAL SECURITY UNIV TRN
UNIVERSITY TRAINING-STUDENT (LONG TERM)
FUNCTIONAL TRAINING - STUDENTS
FOREIGN SERVICE INSTITUTE

15. TO: Position Title and Number          PD:930520  Position: S0000887
TRAINING
-

| 16.Pay Plan | 17.Occ. Code | 18.Grade/Level | 19.Step/Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|
| FP | 97076 | 02 | 04 | $131,473.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $99,957.00 | $31,516.00 | $131,473.00 | $0.00 |

22. Name and Location of Position's Organization          261105

NATIONAL SECURITY UNIV TRN
UNIVERSITY TRAINING-STUDENT (LONG TERM)
FUNCTIONAL TRAINING - STUDENTS
FOREIGN SERVICE INSTITUTE

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1 - None           3 - 10 Point/Disability     5 - 10 Point/Other<br>2 - 5 Point      4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | 1    0 - None        2 - Conditional<br>1 - Permanent   3 - Indefinite | 1 | ☐ YES    X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| P0    Basic + Option B (3x) + Option A | 9    9 - Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| P    P - FSPS and FICA | 07-21-2008 | F    Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2    1 - Competitive Service   3 - SES General<br>2 - Excepted Service    4 - SES Career Reserved | E    E - Exempt<br>N - Nonexempt | 0113.0-1097  1111  0000 | 8888 |

| 38. Duty Station Code | 39. Duty Station    (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DIST OF COLUMBIA |

| 40. DOG | 41. WGI Due | 42. Prim Skill | 43. HR Processor | 44. |
|---|---|---|---|---|
| 07-NOV-2021 | 06-NOV-2022 | 2550 | COLA | EMPLID 133900 |

45. Remarks
- Salary includes general increase of 2.2 percent and a locality payment (or other geographic adjustment) applicable in this area.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | Electronically signed by: |
| 47. Agency Code    48. Personnel Office ID    49. Approval Date | CAROL Z. PEREZ |
| ST00          2951          01-03-2022 | DIRECTOR GENERAL |

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

| Year | Income | Discount Rate | NPV of Income | Age |
|------|--------|---------------|---------------|-----|
| 2023 | $103,055.00 | 1 | $103,055.00 | 37 |
| 2024 | $103,055.00 | 1.0295 | $100,101.99 | 38 |
| 2025 | $103,055.00 | 1.05987025 | $97,233.60 | 39 |
| 2026 | $103,055.00 | 1.091136422 | $94,447.40 | 40 |
| 2027 | $103,055.00 | 1.123324947 | $91,741.04 | 41 |
| 2028 | $103,055.00 | 1.156463033 | $89,112.23 | 42 |
| 2029 | $103,055.00 | 1.190578692 | $86,558.75 | 43 |
| 2030 | $103,055.00 | 1.225700764 | $84,078.43 | 44 |
| 2031 | $103,055.00 | 1.261858936 | $81,669.19 | 45 |
| 2032 | $103,055.00 | 1.299083775 | $79,328.99 | 46 |
| 2033 | $103,055.00 | 1.337406746 | $77,055.84 | 47 |
| 2034 | $103,055.00 | 1.376860245 | $74,847.83 | 48 |
| 2035 | $103,055.00 | 1.417477622 | $72,703.09 | 49 |
| 2036 | $103,055.00 | 1.459293212 | $70,619.80 | 50 |
| 2037 | $103,055.00 | 1.502342362 | $68,596.22 | 51 |
| 2038 | $103,055.00 | 1.546661462 | $66,630.61 | 52 |
| 2039 | $103,055.00 | 1.592287975 | $64,721.33 | 53 |
| 2040 | $103,055.00 | 1.63926047 | $62,866.76 | 54 |
| 2041 | $103,055.00 | 1.687618654 | $61,065.34 | 55 |
| 2042 | $103,055.00 | 1.737403404 | $59,315.53 | 56 |
| 2043 | $103,055.00 | 1.788656805 | $57,615.86 | 57 |
| 2044 | $39,419.00 | 1.84142218 | $21,406.82 | 58 |
| 2045 | $39,419.00 | 1.895744135 | $20,793.42 | 59 |
| 2046 | $39,419.00 | 1.951668587 | $20,197.59 | 60 |
| 2047 | $39,419.00 | 2.00924281 | $19,618.83 | 61 |
| 2048 | $39,419.00 | 2.068515473 | $19,056.66 | 62 |
| 2049 | $39,419.00 | 2.129536679 | $18,510.60 | 63 |
| 2050 | $39,419.00 | 2.192358011 | $17,980.18 | 64 |
| 2051 | $39,419.00 | 2.257032573 | $17,464.97 | 65 |
| 2052 | $39,419.00 | 2.323615034 | $16,964.51 | 66 |
| 2053 | $39,419.00 | 2.392161677 | $16,478.40 | 67 |
| 2054 | $39,419.00 | 2.462730447 | $16,006.22 | 68 |
| 2055 | $39,419.00 | 2.535380995 | $15,547.56 | 69 |
| 2056 | $39,419.00 | 2.610174734 | $15,102.05 | 70 |
| 2057 | $39,419.00 | 2.687174889 | $14,669.31 | 71 |
| 2058 | $39,419.00 | 2.766446548 | $14,248.96 | 72 |
| 2059 | $39,419.00 | 2.848056721 | $13,840.67 | 73 |
| 2060 | $39,419.00 | 2.932074394 | $13,444.07 | 74 |
| 2061 | $39,419.00 | 3.018570589 | $13,058.83 | 75 |
| 2062 | $39,419.00 | 3.107618421 | $12,684.63 | 76 |
| Total Lifetime Income | $2,913,116.00 | Total Income: Discounted to Net Present Value | $1,960,439.13 | |

Total Income Calculation - Retirement at MRA (57)

| Year | Income | Discount Rate | NPV of Income | Age |
|------|--------|---------------|---------------|-----|
| 2023 | $103,055.00 | 1 | $103,055.00 | 37 |
| 2024 | $103,055.00 | 1.0295 | $100,101.99 | 38 |
| 2025 | $103,055.00 | 1.05987025 | $97,233.60 | 39 |
| 2026 | $103,055.00 | 1.091136422 | $94,447.40 | 40 |
| 2027 | $103,055.00 | 1.123324947 | $91,741.04 | 41 |
| 2028 | $103,055.00 | 1.156463033 | $89,112.23 | 42 |
| 2029 | $103,055.00 | 1.190578692 | $86,558.75 | 43 |
| 2030 | $103,055.00 | 1.225700764 | $84,078.43 | 44 |
| 2031 | $103,055.00 | 1.261858936 | $81,669.19 | 45 |
| 2032 | $103,055.00 | 1.299083775 | $79,328.99 | 46 |
| 2033 | $103,055.00 | 1.337406746 | $77,055.84 | 47 |
| 2034 | $103,055.00 | 1.376860245 | $74,847.83 | 48 |
| 2035 | $103,055.00 | 1.417477622 | $72,703.09 | 49 |
| 2036 | $103,055.00 | 1.459293212 | $70,619.80 | 50 |
| 2037 | $103,055.00 | 1.502342362 | $68,596.22 | 51 |
| 2038 | $103,055.00 | 1.546661462 | $66,630.61 | 52 |
| 2039 | $103,055.00 | 1.592287975 | $64,721.33 | 53 |
| 2040 | $103,055.00 | 1.63926047 | $62,866.76 | 54 |
| 2041 | $103,055.00 | 1.687618654 | $61,065.34 | 55 |
| 2042 | $103,055.00 | 1.737403404 | $59,315.53 | 56 |
| 2043 | $103,055.00 | 1.788656805 | $57,615.86 | 57 |
| 2044 | $103,055.00 | 1.84142218 | $55,964.90 | 58 |
| 2045 | $103,055.00 | 1.895744135 | $54,361.24 | 59 |
| 2046 | $103,055.00 | 1.951668587 | $52,803.53 | 60 |
| 2047 | $103,055.00 | 2.00924281 | $51,290.47 | 61 |
| 2048 | $103,055.00 | 2.068515473 | $49,820.75 | 62 |
| 2049 | $49,044.00 | 2.129536679 | $23,030.36 | 63 |
| 2050 | $49,044.00 | 2.192358011 | $22,370.43 | 64 |
| 2051 | $49,044.00 | 2.257032573 | $21,729.42 | 65 |
| 2052 | $49,044.00 | 2.323615034 | $21,106.77 | 66 |
| 2053 | $49,044.00 | 2.392161677 | $20,501.96 | 67 |
| 2054 | $49,044.00 | 2.462730447 | $19,914.48 | 68 |
| 2055 | $49,044.00 | 2.535380995 | $19,343.84 | 69 |
| 2056 | $49,044.00 | 2.610174734 | $18,789.55 | 70 |
| 2057 | $49,044.00 | 2.687174889 | $18,251.14 | 71 |
| 2058 | $49,044.00 | 2.766446548 | $17,728.16 | 72 |
| 2059 | $49,044.00 | 2.848056721 | $17,220.16 | 73 |
| 2060 | $49,044.00 | 2.932074394 | $16,726.72 | 74 |
| 2061 | $49,044.00 | 3.018570589 | $16,247.43 | 75 |
| 2062 | $49,044.00 | 3.107618421 | $15,781.86 | 76 |
| Total Lifetime Income | $3,366,046.00 | Total Income: Discounted to Net Present Value | $2,176,347.99 | |

Total Income Calculation - Retirement at Age 62

| Year | Income | Discount Rate | NPV of Income | Age |
|---|---|---|---|---|
| 2023 | $103,055.00 | 1 | $103,055.00 | 37 |
| 2024 | $103,055.00 | 1.0295 | $100,101.99 | 38 |
| 2025 | $103,055.00 | 1.05987025 | $97,233.60 | 39 |
| 2026 | $103,055.00 | 1.091136422 | $94,447.40 | 40 |
| 2027 | $103,055.00 | 1.123324947 | $91,741.04 | 41 |
| 2028 | $103,055.00 | 1.156463033 | $89,112.23 | 42 |
| 2029 | $103,055.00 | 1.190578692 | $86,558.75 | 43 |
| 2030 | $103,055.00 | 1.225700764 | $84,078.43 | 44 |
| 2031 | $103,055.00 | 1.261858936 | $81,669.19 | 45 |
| 2032 | $103,055.00 | 1.299083775 | $79,328.99 | 46 |
| 2033 | $103,055.00 | 1.337406746 | $77,055.84 | 47 |
| 2034 | $103,055.00 | 1.376860245 | $74,847.83 | 48 |
| 2035 | $103,055.00 | 1.417477622 | $72,703.09 | 49 |
| 2036 | $103,055.00 | 1.459293212 | $70,619.80 | 50 |
| 2037 | $103,055.00 | 1.502342362 | $68,596.22 | 51 |
| 2038 | $103,055.00 | 1.546661462 | $66,630.61 | 52 |
| 2039 | $103,055.00 | 1.592287975 | $64,721.33 | 53 |
| 2040 | $103,055.00 | 1.63926047 | $62,866.76 | 54 |
| 2041 | $103,055.00 | 1.687618654 | $61,065.34 | 55 |
| 2042 | $103,055.00 | 1.737403404 | $59,315.53 | 56 |
| 2043 | $103,055.00 | 1.788656805 | $57,615.86 | 57 |
| 2044 | $103,055.00 | 1.84142218 | $55,964.90 | 58 |
| 2045 | $103,055.00 | 1.895744135 | $54,361.24 | 59 |
| 2046 | $103,055.00 | 1.951668587 | $52,803.53 | 60 |
| 2047 | $103,055.00 | 2.00924281 | $51,290.47 | 61 |
| 2048 | $103,055.00 | 2.068515473 | $49,820.75 | 62 |
| 2049 | $103,055.00 | 2.129536679 | $48,393.16 | 63 |
| 2050 | $103,055.00 | 2.192358011 | $47,006.46 | 64 |
| 2051 | $103,055.00 | 2.257032573 | $45,659.51 | 65 |
| 2052 | $103,055.00 | 2.323615034 | $44,351.15 | 66 |
| 2053 | $103,055.00 | 2.392161677 | $43,080.28 | 67 |
| 2054 | $54,486.00 | 2.462730447 | $22,124.22 | 68 |
| 2055 | $54,486.00 | 2.535380995 | $21,490.26 | 69 |
| 2056 | $54,486.00 | 2.610174734 | $20,874.46 | 70 |
| 2057 | $54,486.00 | 2.687174889 | $20,276.31 | 71 |
| 2058 | $54,486.00 | 2.766446548 | $19,695.30 | 72 |
| 2059 | $54,486.00 | 2.848056721 | $19,130.94 | 73 |
| 2060 | $54,486.00 | 2.932074394 | $18,582.75 | 74 |
| 2061 | $54,486.00 | 3.018570589 | $18,050.27 | 75 |
| 2062 | $54,486.00 | 3.107618421 | $17,533.04 | 76 |
| Total Lifetime Income | $3,685,079.00 | Total Income: Discounted to Net Present Value | $2,313,853.84 | |

Total Income Calculation - Retirement at Age 67