IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 3:22-CR-274 |
| | ) |
| Plaintiff, | ) JUDGE JAMES R. KNEPP, II |
| | ) |
| v. | ) |
| | ) GOVERNMENT'S MOTION FOR |
| AMANDA HOVANEC, | ) LEAVE TO FILE SENTENCING |
| ANTHONY THEODOROU, | ) MEMORANDUM AND SUPPORTING |
| | ) EXHIBITS UNDER SEAL |
| Defendants. | |

Now comes the United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Alissa M. Sterling, Assistant United States Attorney, and respectfully requests this Court grant the government permission to file its sentencing memorandum and supporting exhibits in each of the above two cases under seal. The undersigned submits that documents contain sensitive information that should not be available for public review.

    Respectfully submitted,

    REBECCA C. LUTZKO
    United States Attorney

  /s/ Alissa M. Sterling
    Alissa M. Sterling (OH: 0070056)
    Assistant United States Attorney
    Four Seagate, Suite 308
    Toledo, OH 43604
    (419) 259-6376
    Alissa.Sterling@usdoj.gov