# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 22 CR 274 |
| Plaintiff, | JUDGE KNEPP |
| -vs- | **MOTION FOR LEAVE TO FILE UNDER SEAL** |
| | David Klucas (0041188) |
| **AMANDA HOVANEC,** | 1900 Monroe Street |
| | Toledo, Ohio 43624 |
| Defendant. | PH:(419) 255-1102 |
| | FX:(419) 255-1415 |
| | DaveK@buckeye-access.com |
| | Attorney for Defendant Amanda Hovanec |

Pursuant to Local Criminal Rule 49.4, Defendant Amanda Hovanec, through counsel, respectfully requests an Order from this Court permitting her to file her sentencing memorandum and exhibits under seal. Both the sentencing memorandum and exhibits contain material that should not be available on the public docket.

    Respectfully Submitted,

    /s/ David Klucas
    David Klucas
    Attorney for Defendant Amanda Hovanec

**Certification**

    This shall certify that a copy of the foregoing was sent to all counsel of record via the Court's Electronic Notification System this 19th day of September 2024.

                                                /s/ David Klucas
                                                David Klucas