Approved.
IT IS SO ORDERED.

*s/ James R. Knepp II*
U.S. District Judge

Sept 19 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:22-CR-274 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP, II |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| AMANDA HOVANEC, | ) | LEAVE TO FILE SENTENCING |
| ANTHONY THEODOROU, | ) | MEMORANDUM AND SUPPORTING |
| | ) | EXHIBITS UNDER SEAL |
| Defendants. | | |

Now comes the United States of America, by and through its counsel, Rebecca C.

Lutzko, United States Attorney, and Alissa M. Sterling, Assistant United States Attorney, and

respectfully requests this Court grant the government permission to file its sentencing

memorandum and supporting exhibits in each of the above two cases under seal. The

undersigned submits that documents contain sensitive information that should not be available

for public review.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

/s/ Alissa M. Sterling
Alissa M. Sterling (OH: 0070056)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 259-6376
Alissa.Sterling@usdoj.gov