# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:22-CR-274 |
| Plaintiff, | JUDGE KNEPP |
| -vs- | **NOTICE OF APPEAL** |
| | David Klucas (0041188) |
| | 1900 Monroe Street |
| **AMANDA HOVANEC,** | Toledo, Ohio 43604 |
| | PH: (419) 255-1102 |
| Defendant. | FX: (419) 255-1415 |
| | Email: Davek@buckeye-access.com |
| | |
| | Kenneth Bailey (0090042) |
| | Bailey Legal Group, LLC |
| | 220 West Market Street |
| | Sandusky, Ohio 44870 |
| | PH: (419) 625-6740 |
| | FX: (419) 625-2021 |
| | Email: ken@bailey.pro |
| | Attorneys for Defendant Amanda Hovanec |

Now comes Defendant Amanda Hovanec, through counsel, who gives notice of her appeal to the United States Court of Appeals, Sixth Appellate Circuit, from the decision rendered by this Court on 3 October 2024. Ms. Hovanec is indigent. A CJA23 Financial Affidavit is attached.

          Respectfully Submitted,

          /s/ David Klucas
          David Klucas

          /s/ Kenneth Bailey
          Attorneys for Defendant Amanda Hovanec

## Certification

This shall certify that a copy of the forgoing was sent this 14th day of October, 2024, to all counsel of record via the Court's Electronic Notification and Filing System.

          /s/ David Klucas
          David Klucas

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN THE UNITED STATES | ☐ DISTRICT COURT | ☒ COURT OF APPEALS | ☐ OTHER *(Specify below)* |
|---|---|---|---|

IN THE CASE OF: U.S.A. v. Amanda Hovanec
FOR: Northern District of Ohio
AT: Toledo, Ohio

LOCATION NUMBER: 

PERSON REPRESENTED *(Show your full name)*: Amanda Hovanec

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☒ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge: 
District Court: 3:22CR274
Court of Appeals: 

CHARGE/OFFENSE *(describe if applicable & check box →)*: Conspiracy to Import a Controlled Substance Resulting in Death or Serious Bodily Harm
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**INCOME & ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, give the amount received and identify the sources
RECEIVED: $ _____
SOURCES: _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, give value and description for each
VALUE: $ _____
DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☒ Single
☐ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*
DESCRIPTION: N/A
TOTAL DEBT: $ 0
MONTHLY PAYMENT: $ 0

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Amanda Hovanec*

Date: 10-6-24